IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NABEELA BUKHARI | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 20-1529 |
| | : | |
| PNC BANK, N.A. | : | |

# ORDER

**AND NOW,** this 17th day of August 2020, upon considering the Defendant's Motion for summary judgment (ECF Doc. No. 19), Plaintiff's Response (ECF Doc. No. 24), and for reasons in the accompanying Memorandum, it is **ORDERED** the Defendant's Motion for summary judgment (ECF Doc. No. 19) is **GRANTED in part**:

1. Plaintiff's federal claims as now withdrawn are **DISMISSED** with prejudice; and,

2. The Clerk of Court shall forthwith **remand** Plaintiff's state law claims to the Prothonotary of the Court of Common Pleas of Montgomery County and **close** this case in this Court.

**KEARNEY, J.**